## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Kelly Hicken
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

**RECEIVED**
JUL 1 6 2014
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

CASE NO. 2:13cv01124

Allred et al v. Recon Trust

Approved By:_____

### APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Tyler B. Ayres |
| Pla | Scott C. Borison |
| Dft | Amy Miller |
| Dft | Brian E. Pumphrey |

DATE: 6/19/2014    Time Start: 1:30 p.m. to Time End: 2:40 p.m.

MATTER SET: Status & Scheduling Conference and [17] Motion to Dismiss Hearing

DOCKET ENTRY:

Discussion heard. Court rules:

The court denied the [17] Motion to Dismiss.
This case is STAYED pending the decision of the United States Supreme Court on the related case appealed from Utah State Supreme Court which may supply guidance.

Status and Scheduling Conference set for 10/31/2014, at 1:30 p.m.