THOM D. ROBERTS (#2773)
Assistant Attorney General
WADE FARRAWAY (#5069)
Assistant Attorney General
SEAN D. REYES (#7969)
Utah Attorney General
160 East 300 South, 5th Floor
P. O. Box 140857
Salt Lake City, UT  84114-0857
Telephone:  (801) 366-0353
thomroberts@utah.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ERIC ALLRED and SCOTT JENSEN, on their own behalf and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>RECONTRUST COMPANY, N.A.,<br><br>Defendants. | CONSENT BY THE STATE TO THE FILING OF AMENDED CLASS ACTION COMPLAINT<br><br><br>Case No. 2:13-CV-01124-BSJ<br><br>Judge Bruce S. Jenkins<br><br>[Third District Court Civil No. 130414934] |
| STATE OF UTAH and SEAN REYES, Utah Attorney General in his official capacity,<br><br>Plaintiffs in Intervention,<br><br>v.<br><br>RECONTRUST COMPANY, N.A.,  a National Association,<br><br>Defendant. | |

Plaintiffs in Intervention, State of Utah and Sean Reyes, Utah Attorney General, in his official capacity, through their attorney of record, Thom D. Roberts, Assistant Utah Attorney General, pursuant to the provisions of Rule 15, Federal Rules of Civil Procedure, hereby consent to Plaintiffs amending their Complaint and to the filing of the Amended Class Action Complaint.

DATED this 30th day of May, 2017.

    /s/ Thom D. Roberts
THOM D. ROBERTS
Assistant Attorney General
Attorney for Plaintiffs in Intervention

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2017, I electronically filed the foregoing **CONSENT BY THE STATE TO THE FILING OF AMENDED CLASS ACTION COMPLAINT** with the United States District Court for the District of Utah, Central Division by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Scott C. Borison
LEGG LAW FIRM LLC
1900 S. Norfolk Street – Suite 350
San Mateo, California 94403

Tyler B. Ayres
Daniel M. Baczynski
Stephen G. Tryon
AYRES LAW FIRM
12339 South 800 East – Suite 101
Draper, Utah 84020

Brian E. Pumphrey
Matthew A. Fitzgerald
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219-3916

Robert H. Scott
Chandler P. Thompson
AKERMAN SENTERFITT LLP
170 South Main Street – Suite 950
Salt Lake City, Utah 84101

/s/ Toni R. Wright